

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 21-cr-00192 |
| | ) Violation: 18 U.S.C. § 1001(a)(1) |
| RUDOLPH ACOSTA | ) |

Judge Mary M. Rowland
Magistrate Judge Sheila M. Finnegan

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. State Senator A was an Illinois State Senator. Defendant RUDOLPH ACOSTA made periodic cash payments to, and had a close relationship with, State Senator A.

   b. Individual A conducted business in the State of Illinois and periodically sought official action from State Senator A. Individual A provided defendant and State Senator A with benefits, including free services, meals, and travel.

   c. The Federal Bureau of Investigation ("FBI") had initiated an investigation of potential violations of federal criminal law by State Senator A, Individual A, associates of Individual A, and others. The following matters, among others, were material to the investigation:

   i. The scope and nature of State Senator A's relationship with ACOSTA;

4. It was further part of the scheme that, when questioned about State Senator A on or about January 16, 2017, March 20, 2017, May 12, 2017, June 13, 2017, June 22, 2017, and December 22, 2018, ACOSTA provided answers that concealed the fact that ACOSTA had made periodic cash payments to State Senator A.

5. It was further part of the scheme that, when questioned about State Senator A and Individual A on or about August 11, 2017 and August 18, 2018, ACOSTA provided answers that concealed the fact that Individual A had provided ACOSTA and State Senator A with benefits.

In violation of Title 18, United States Code, Section 1001(a)(1).

AMARJEET BHACHU
Digitally signed by AMARJEET BHACHU
Date: 2021.03.28 12:49:18 -05'00'

Signed by Amarjeet S. Bhachu
on behalf of the
UNITED STATES ATTORNEY